

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PETER J. ONEZINE | CIVIL ACTION NO. 09-1418 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| MICHAEL W. NEUSTROM, ET AL. | MAGISTRATE JUDGE METHVIN |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 22 day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE